UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYMOND MCDOWELL,

                Plaintiff,

-against-

MANHATTAN MEDICAL ASSOCIATES,

                Defendant.

23-CV-7110 (LTS)

CIVIL JUDGMENT

For the reasons stated in the November 6, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 6, 2023
           New York, New York

                                          /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                      Chief United States District Judge